STATE of Missouri, Respondent

v.

Sean Monsein WILLIAMS, Appellant.

No. WD 76530.

Missouri Court of Appeals,
Western District.

Sept. 2, 2014.

Gabriel Etter Harris, Jefferson City, for Respondent.

Amy Marie Bartholow, Columbia, for Appellant.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES E. WELSH, ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Sean M. Williams appeals from a judgment entered upon a jury verdict finding him guilty of kidnapping, forcible sodomy, forcible rape, and first degree assault. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent

v.

Tony K. LYLES, Appellant.

No. WD 76786.

Missouri Court of Appeals,
Western District.

Sept. 2, 2014.

Daniel N. McPherson, Jefferson City, MO, for Respondent.

Daniel J. Ross, S. Kate Webber, for Appellant.

Before Division One: GARY D. WITT, Presiding, Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM:

Tony Lyles appeals his convictions by jury of one count of felony murder in the second degree, § 565.021; one count of robbery in the first degree, § 569.020; and two counts of armed criminal action, § 571.015. Having reviewed the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**